IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

VINCENT GREGORY BAISI,

        Petitioner,

v.                                            CIVIL ACTION NO. 3:24-0387

SUPERINTENDENT CARL ALDRIDGE,

        Respondent.

**MEMORANDUM OPINION AND ORDER**

        This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that this Court dismiss as moot Petitioner's Section 2241 Petition (ECF No. 2), deny as moot Respondent's Motion to Dismiss (ECF No. 19), and remove this matter from the Court's docket. No objections to the Magistrate Judge's findings and recommendation were filed by the May 9, 2025 deadline.

        Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DISMISSES as moot** Petitioner's Section 2241 Petition (ECF No. 2), **DENIES as moot** Respondent's Motion to Dismiss (ECF No. 19), and **REMOVES** this matter from the Court's docket, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

      ENTER:      May 15, 2025

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE